1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

The Coalition to March on the RNC and
Stop the War,

       Plaintiff,

v.

The City of St. Paul, Minnesota, Mayor
Chris Coleman, St. Paul Police Chief
John M. Harrington, Assistant St. Paul
Police Chief Matthew D. Bostrom,

       Defendants.

08cv835     (JNE/JJG)

**<u>ORDER</u>**

Plaintiff moves to expedite the briefing and hearing of its Second Motion for Preliminary Injunction. The Court grants Plaintiff's Motion for Relief from Local Rule 7.1(b) [Docket No. 59] and sets the following schedule. Defendants shall file their response to Plaintiff's Second Motion for Preliminary Injunction by June 20, 2008. Plaintiff shall file its reply by June 26, 2008. Plaintiff's Second Motion for Preliminary Injunction will be heard on Wednesday, July 9, 2008 at 2:00 p.m., in Courtroom 12W, Minneapolis, MN. Counsel are directed to check the kiosk on the 1st Floor of the Federal Building, for any change in location.

IT IS SO ORDERED.

Dated: June 10, 2008.

s/ Joan N. Ericksen
JOAN N. ERICKSEN, Judge
United States District Court